# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1936
Lower Tribunal No. 20-16050

————————

## R.J. Reynolds Tobacco Company, et al.,
Appellants,

vs.

## Elvira Paula Moore, etc.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Shook, Hardy & Bacon, L.L.P., Frank Cruz-Alvarez and J. Daniel Gardner; King & Spalding, LLP, and Scott M. Edson (Washington, D.C.), for appellants.

The Alvarez Law Firm, Phillip E. Holden, Alex Alvarez, and Michael A. Alvarez, for appellee.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.